**Petition for Writ of Mandamus Denied and Memorandum Majority and Dissenting Opinions filed February 15, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00702-CV**

---

**IN RE M.P., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 3**
**Galveston County, Texas**
**Trial Court Cause No. 23-FD-1384**

---

## MEMORANDUM MAJORITY OPINION

On September 22, 2023, relator M.P. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Emily Fisher, associate judge of the County Court at Law No. 3 of Galveston County, to vacate her August 29, 2023 order dismissing the underlying proceeding.

Generally, to be entitled to mandamus relief, relator must establish that (1) the trial court abused its discretion; and (2) relator has no adequate remedy by appeal. *In re Christianson Air Conditioning & Plumbing, LLC*, 639 S.W.3d 671, 681 (Tex. 2022) (orig. proceeding). The trial court dismissed the case in its entirety. Therefore, there is a final judgment and relator has an adequate remedy by appeal.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson (Spain, J., dissenting).